JS-6

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>INTEGRITY SCAFFOLDING, LLC, an Arizona domestic Limited Liability Company; WES G. LITTLE, an individual; BYRON J. SCHELLENBERG, an individual; WILLIAM S. BURFORD, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | No. CV13-00194 (MLR)<br><br>The Honorable Manuel L. Real<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

3205431.1
03/26/13

1       Having considered the parties' Stipulation for Dismissal with Prejudice,
2 and good cause appearing therefor,
3       IT IS HEREBY ORDERED that the above-entitled action is dismissed with
4 prejudice, with all parties to bear their own costs and attorney fees.
5 **SO ORDERED**.

7 Dated: _APRIL 15, 2013_                        _____
8                                                  HON. MANUEL L. REAL
                                                 United States District Court Judge